| 1. Person Reporting (Last name, First name, Middle initial) CLEMENT, EDITH B | 2. Court or Organization Appeals Court, Active | 3. Date of Report 4/22/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Court Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 600 CAMP STREET, ROOM 200 NEW ORLEANS, LA 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED APR 27 2 21 PM '04 FINANCIAL DISCLOSURE OFFICE

APR 2 6 2004

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | George Mason University School of Law, Law & Economics Center | March 10-16, San Diego, CA, seminar for Judges, (transportation, meals and room). |
| 2. | Louisiana Association of Defense Counsel | April 7-11, Lisbon, Portugal, Counsel's annual meeting, (transportation, meals and room). |
| 3. | Liberty Fund | October 24-26, Richmond, VA, colloquium, (transportation, meals and room). |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B | 4/22/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Bank One | A | Interest | J | T | | | | | |
| 2. Bank One Corporation (n/c fm First Commerce Corp. (com) | A | Dividend | J | T | | | | | |
| 3. Rental Property/Residential FMV | E | Rent | N | W | | | | | |
| 4. Bank of America | C | Dividend | L | T | | | | | |
| 5. Cigna Corp | A | Dividend | J | T | | | | | |
| 6. Dimon, Inc | A | Dividend | J | T | | | | | |
| 7. 8 x 8 Corp | | None | J | T | | | | | |
| 8. Exxon Mobil | A | Dividend | K | T | | | | | |
| 9. Microsoft, Inc | | None | J | T | | | | | |
| 10. Pepsico | A | Dividend | J | T | | | | | |
| 11. SBC Communications, Inc | A | Dividend | J | T | | | | | |
| 12. Verizon | A | Dividend | J | T | * | 1998 | | | *See Part VIII |
| 13. Hwelett-Packard Co. | A | Dividend | | T | * | * | | | *See Part VIII |
| 14. Advanced Radio Telecom Corp | | None | J | T | | | | | |
| 15. Agere Systems B | | None | J | T | | | | | |
| 16. Agere Systems Inc Class A | | None | J | T | | | | | |
| 17. Aim Mid Cap Core Equity Fund Cl C | | None | L | T | | | | | |
| 18. Aim Premier Equity Class C (n/c 11/26 AIM Premier Equity II | | None | K | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B | 4/22/2004 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. ALCATEL ALSTHOM Spon ADR | | None | J | T | | | | | |
| 20. AT&T Corp Interim | A | Dividend | J | T | | | | | |
| 21. AT&T Wireless Services Inc. | A | None | J | T | | | | | |
| 22. AVAYA, Inc. | | None | J | T | | | | | |
| 23. Avista Corp | A | Dividend | K | T | | | | | |
| 24. Bank of America Corp | | None | K | T | buy | 12/5 | K | | |
| 25. Blackrock North American Govt Income | C | Dividend | K | T | | | | | |
| 26. BP Amoco PLC ADR | A | Dividend | J | T | | | | | |
| 27. Bristol Myers Squibb Company | B | Dividend | K | T | | | | | |
| 28. Burlington Resources | A | Dividend | K | T | | | | | |
| 29. CAREDATA.COM Inc. | | None | J | T | | | | | |
| 30. CBS Corporation | B | Dividend | | | bond matured | 9/2 | K | B | |
| 31. Chevrontexaco Corp | A | Dividend | K | T | | | | | |
| 32. Cisco Systems Inc. | | None | K | T | buy | 12/18 | K | | |
| 33. CITIGROUP, Inc. | C | Dividend | M | T | | | | | |
| 34. CNH Global N.V. ▇▇▇▇ | A | Dividend | J | T | | | | | |
| 35. Coca-Cola Hellenic Bottling Co ordinary | A | Dividend | J | T | | | | | |
| 36. Colonial Bank | B | Interest | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B | 4/22/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. COMCAST Corporation CL A | | None | J | T | | | | | |
| 38. Delta Airlines, Inc. | A | Dividend | J | T | | | | | |
| 39. Devon Energy (5/1 merger & N/C with Ocean Energy) | A | Dividend | L | T | merger | 5/1 | L | | |
| 40. Diamond Offshore Drilling | A | Dividend | K | T | | | | | |
| 41. Direct General Corporation | A | Dividend | J | T | buy | 8/22 | J | | |
| 42. Eaton Vance Worldwide Health Sicences Fund Cl C | | None | L | T | buy | 12/10 | L | | |
| 43. El Paso Corp (merger 2/2/01 w/ Coastal Corporation) | A | Dividend | J | T | | | | | |
| 44. FHLMC 7% Cl 1475-O 2/15/2008 | A | Interest | | | redeemed | 7/16 | K | | |
| 45. FHLMC 6.5%, 2/15/2023, C-Fixed Rt Series 1617 | A | Interest | | | * | 5/16 | J | | *principal pay down |
| 46. Federated Communications Technology Fund Cl C | | None | K | T | | | | | |
| 47. Flextronics International | | None | K | T | | | | | |
| 48. Fremont General Corp | A | Dividend | J | T | | | | | |
| 49. General Electric Co | A | Dividend | L | T | | | | | |
| 50. B.F. Goodrich Co.- | A | Dividend | K | T | | | | | |
| 51. Goodyear Tire & Rubber | B | Interest | J | T | | | | | |
| 52. Grey Wolf Inc. | | None | J | T | | | | | |
| 53. Home Depot | A | Dividend | K | | | | | | |
| 54. IDACORP, Inc. | B | Dividend | K | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $25,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Ikon Office Solutions, Inc. | A | Dividend | J | T | | | | | |
| 56. Koninklyke Philips Electronic | A | Dividend | K | T | | | | | |
| 57. Longleaf Partners Fund | | None | M | T | | | | | |
| 58. Louisiana State G/O-RFDG Ser A 8/1/2005 | A | Interest | K | T | | | | | |
| 59. Lucent Technologies Inc. | A | Dividend | J | T | | | | | |
| 60. Managed High Yield Plus Fund, Inc. | B | Dividend | J | T | | | | | |
| 61. Maverick Tube Corporation | | None | J | T | | | | | |
| 62. Medco Health Solutions, Inc. | | None | J | T | spin off* | 8/5 | J | | *spin off of Merck & Co., |
| 63. Merck & Co Inc | B | Dividend | L | T | | | | | |
| 64. MFS Massachusetts Investors Growth Stock Class C | | None | | | sold | 6/7 | K | A | |
| 65. MFS Mass Investors Trust C | | None | L | T | | | | | |
| 66. Motorola Inc. | A | Dividend | K | T | | | | | |
| 67. Newfield Explorations Co. | | None | J | T | | | | | |
| 68. Occidental Pete Corp | | None | K | T | buy | 12/10 | K | | |
| 69. Ocean Energy Inc.,8.25% due 7/1/2018 (bond) | D | Interest | L | | | | | | |
| 70. Oracle systems Corporation | | None | K | T | | | | | |
| 71. Pepsico CAP Res Inc, 4/1/2008 | | None | J | T | | | | | |
| 72. Pepsico CAP Res Inc. 4/1/2011 | | None | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B | 4/22/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. Pepsico CAP Res Inc, 4/1/2012 | | None | K | T | | | | | |
| 74. PIMCO High Yield Fund CL C | B | Dividend | K | T | div reinvest | * | J | | * Jan - Dec 2003 dividend |
| 75. PIMCO PEA Renaissance Fund | | None | L | T | buy | 12/10 | L | | |
| 76. Pride International Inc | | None | J | T | | | | | |
| 77. Principal Class (money market) | A | Dividend | M | T | | | | | |
| 78. Proctor & Gamble Co. | B | Dividend | L | T | | | | | |
| 79. Prospect Street High Income PTFL | A | Dividend | J | T | | | | | |
| 80. Regions Morgan Keegan Select High Income Fund Class C | E | Dividend | P1 | T | div reinvest | * | K | | *Jan-Dec 2003 dividends |
| 81. Regions Morgan Keegan Select Intermediate Bond Fund Cl C | | | | | buy | 10/8 | K | | See below for B & C |
| 82. | C | Dividend | L | T | div reinvest | * | J | | *Jan - Dec 2003 dividends |
| 83. Safeco Corp | | None | K | T | buy | 12/5 | K | | |
| 84. Schering Plough Corp | A | Dividend | K | T | | | | | |
| 85. J.M. Smucker | A | Dividend | J | T | | | | | |
| 86. Storage Technolgy Corp | | None | J | T | | | | | |
| 87. SPDRS&P Dep RCPT Trades & Quotes | | None | L | T | buy | 12/8 | L | | |
| 88. Texas Instruments Inc | A | Dividend | J | T | | | | | |
| 89. Thornburg Value Fund Class C | | None | M | T | | | | | |
| 90. Travelers Property Casualty B | A | Dividend* | J | T | | | | | erroneously reported as |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

APR 2 6 2004

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B | 4/22/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. U S Bancorp | A | Dividend | K | T | | | | | |
| 92. Wells Fargo & Co 6.875%, 4/15/2003 | A | Dividend | K | T | bond matured | 4/15 | | | |
| 93. Williams Energy Partners | B | Dividend | K | T | sold | 7/29* | K | | *7/29/02 erroneously |
| 94. World Com Inc. | A | Dividend | J | T | | | | | |
| 95. World Com Inc - MCI Group | | None | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

APR 2 6 2004

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS       (Indicate part of Report.)

Re: Part VII:
Lines #12 and 13: These holdings were aquired by ███████ separately as estate planning distributions due to ████████████ illness and death and were inadvertantly omitted from previous Financial Disclosure Reports due to the nature of the transactions. Value would have been similar to values currently reported.

#12, Bell Atlantic Corp was aquired 1998. Merger/name change to Verizon occurred 11/26/03.
#13, Hewlett-Packard was aquired 1999 and 2000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date ___4-22-04___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

APR 2 6 2004